Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

10 CV 6501 FE

All material filed in this Court is now available via the **INTERNET**.  See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.**   **Full Name And Prisoner Number of Plaintiff:  NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Joseph Belile DIN 08A3707
2. _____

-VS-

**B.**   **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. C.O. John Doe #1            4. SGT. John Doe
2. C.O. John Doe #2            5. _____
3. C.O. John Doe #3            6. _____

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States.  This action is brought pursuant to 42 U.S.C. § 1983.  The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION   NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

_____

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

_____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
  Yes____ No_✓_

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

  Plaintiff(s):_____

  Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

2

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes____ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____
_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) __08-14-2009__

defendant (give the **name and position held** of **each defendant** involved in this incident) Correctional officer [CO] John Doe #1, C.O. John Doe #2, C.O. John Doe #3, Sargent John Doe.

did the following to me (briefly state what each defendant named above did): "See attached" "2 pages"

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Eighth Amendment, Excessive Force, Cruel & unusual punishment.

The relief I am seeking for this claim is (briefly state the relief sought): Punitive and Compensentory damages In the amount of $100,000.00

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No   If yes, what was the result? I placed a grievence twice and recieved no responce due to CO's Tampering with it.

Did you appeal that decision? ___ Yes ✓ No   If yes, what was the result? I could not because it never made it due to tampering by the COS.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Because I tried twice to put in grievences and they were never answered I believe because the COs tampered with my mail. Attatched are 2 copies of attempted grievence

**A. SECOND CLAIM:** On (date of the incident) _____

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

5

① C.O. John Doe's #1, 2, & 3, also Sargent John Doe, came to my cell and placed me in hand cuffs behind my back and then had me walk to the end of the teir and into a walk through area leading to I-2 gallery from I-1 where I was.

② C.O. John Doe #1, then proceeded to put me facing a corner and told me I was a "Rat" and a "bitch", and a "Rapo".

③ C.O. John Doe #1, then punched me in the back of my head making my face hit the wall.

④ C.O. John Doe #1 continued to assault me by grabbing my head and slamming my forhead off of the wall and punching me in my back, ribs and back of my head at least one time a peice. He then slapped me in my face.

⑤ At no time did officers John Doe #2, or #3 or Sargent John Doe, try to stop this assault from occuring.

⑥ They then walked me to the segregation housing unit (S.H.U).

⑦ Once I was in my cell in S.H.U., officer John Doe #1 told me if I put in for sick call that he would find out and come back and assault me again.

⑧ This all occured at Elmira Correctional Facility, P.O. Box 500, Elmira, New York 14902-500. In I-Block 1 gallery.

GRIEVANCE Attempt #1

## Elmira C.F. GRIEVANCE

Joseph Belile      08A3707      08/14/2009
                     NA          SHU-51

Today I was assaulted by the I-Block Officer a "big guy". I dont know his name. 2 other officers and a sargent watched while he hit me multiple times. I was then brought here & threatend again. I will be sending this out to you on sunday night. Its Friday right now. No mail.

Joseph Belile

No retaliation for Grievance. An apology, and to be kept safe from further assault.

Grievance Attempt #2

Elmira C.F. Grievance 08/27/2009
Joseph Belile      08A3707     SHU 51
                   N/A

I filed a grievance about my being assaulted by I block officer almost 2 weeks ago & I still have not recieved a responce. I think the officers are tampering with my mail & my grievences are not going out. I was assaulted & want something done about it.

Joseph Belile

To have my Grievence answered about my having been assaulted by an I block officer.

did the following to me (briefly state what each defendant named above did): _____

_____
_____
_____
_____
_____
_____
_____
_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Punitive and Compensentory Damages. IN the Monetary amount of: $100,000.00

Do you want a jury trial? Yes ✓ No ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____08-29-2010____
(date)

**NOTE:** *Each* plaintiff *must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____Joseph J Belile  08A3707_____

Signature(s) of Plaintiff(s)