UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSEPH BELILE, 08A3707,

        Plaintiff,

    -v-                                      10-CV-6501Fe

**ORDER**

C.O. JOHN DOE #1, C.O. JOHN DOE #2,
C.O. JOHN DOE #3 and Sgt. JOHN DOE,

        Defendants.

---

      Plaintiff listed in his complaint several John Doe defendants (Docket # 1). Pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d. Cir. 1997)(per curiam), the Court requested that the Attorney General of the State of New York ascertain the full names of the John Doe defendants plaintiff seeks to sue (Docket # 3).

      The Assistant Attorney General in Charge of the Rochester Office has provided plaintiff and the Court with certain information regarding the alleged incident. Because the information does not clearly identify which of the identified persons are the defendants plaintiff seeks to sue, plaintiff is directed to amend his complaint to name the defendants he believes have been identified. To the extent that a defendant may not have been identified, plaintiff may name that defendant, or defendants, as John Doe and attempt to determine the identity during discovery.

Plaintiff is must file an amended complaint as directed above by **December 21, 2010.**

**SO ORDERED.**

                                                           S/ MICHAEL A. TELESCA
                                                           MICHAEL A. TELESCA
                                      United States District Judge

Dated:     November 17, 2010
            Rochester, New York